# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

**R E V I S E D**

November 05, 2015

**IMPORTANT NOTICE**

TO ALL COUNSEL LISTED BELOW

    No. 15-30297   Stephen Farmer, et al vs.
                       D&O Contractors, Inc., et al

    Projected Week of Hearing **02/01/16**
    ---------------------------------------------------

Dear Counsel:

We have tentatively scheduled this case for oral argument during the week shown.

If you have a serious, irresolvable conflict, contact us **IMMEDIATELY** via e-mail (geralyn_maher@ca5.uscourts.gov), stating your conflict or request. Do not ask to reschedule argument unless you can find no other solution. **GENERALLY, ENGAGEMENT OF COUNSEL IN ANOTHER COURT IS NOT AN "IRRESOLVABLE CONFLICT."**

**So we can provide all pertinent information to the court before argument, and barring an emergency, we must receive all additional filings by noon on the workday immediately preceding argument.**

If you are arguing before the Fifth Circuit for the first time, please visit our Internet site at "http://www.ca5.uscourts.gov/clerk/docs/handout.pdf" for "Preparing for Oral Argument in the Fifth Circuit" and at "http://www.ca5.uscourts.gov/documents/ltsig-e.pdf" for "Notice to Counsel Attending Oral Argument". If you do not have Internet access, please call and we will send you the information.

Counsel are advised it is almost invariably more helpful, in lieu of large exhibits, to furnish the courtroom deputy four smaller sized (not larger than about 8 X 14 inches) copies of charts, diagrams, etc., for the judges' use. If counsel believe it necessary to use large exhibits, please also furnish the small copies.

                                    CALENDARING DEPARTMENT
                                    geralyn_maher@ca5.uscourts.gov

Mr. Norman Elvin Bailey Jr.
Mr. Hiram Chester Eastland Jr.
Mr. Robert David Kaufman
Mr. Martin Patrick McDowell
Mr. John Wayne Mumphrey
Ms. Sara Porter

Mr. Randall Alan Smith
Mr. Carlos A. Zelaya II